## James H. Gray v. Lorretta C. Howard.

When a case is made for review on the facts, all the evidence must be returned.

*Submitted on briefs July 17th. Decided December 5th.*

This was a case made after judgment, for review by this Court. No exceptions were taken on the trial below, and the case did not contain all the evidence. The COURT held that· the objection that the evidence did not support the finding could not be raised, unless where a case is made for review on all the facts. Here the finding must be taken as true, and being so regarded, it fully sustains the judgment.

*Backus & Harbaugh* for plaintiff.

*F. Muzzy* for defendant.